UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. BOOKER,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY JOEL CHRISTIAN KOURY,<br><br>    Respondent. | Case No. 2:22-cv-06053-SPG-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the February 24, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition and this action are dismissed without prejudice on each of the following independent and sufficient grounds: (1) the Petition is wholly unexhausted; (2) the Petition fails to name a proper respondent; (3) Petitioner has failed to prosecute this action; and (4) Petitioner has failed to comply with a court order.

///

1    IT IS FURTHER ORDERED that Judgment shall be entered accordingly
2  and that the Clerk serve copies of this Order and the Judgment herein on Petitioner
3  and on any counsel for Respondent.

5    IT IS SO ORDERED.

8  DATED:  May 2, 2023

_____
HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE