JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. BOOKER,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY JOEL CHRISTIAN KOURY,<br><br>　　　　　　　　　　Respondent. | Case No. 2:22-cv-06053-SPG-JC<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

　　IT IS SO ADJUDGED.

　　DATED: May 2, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE